# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Essie Reeves,

      Plaintiff,

  v.

Bobby E. Wright CB Center,

      Defendant,

Case No. 19-cv-04865

Hon. Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

    which ☐ includes    pre–judgment interest.
               ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This case is dismissed for failure to comply with Court Orders and for want of prosecution. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger.

Date: 12/8/2021                        Thomas G. Bruton, Clerk of Court

                                                  Jessica J. Ramos, Deputy Clerk